No. 91–1566.  REPUBLICAN PARTY OF OREGON ET AL. *v.* KEIS-LING, SECRETARY OF STATE OF OREGON.  C. A. 9th Cir.  Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 91–7344.  REYNOLDS *v.* LOCAL 24, UNITED STEEL WORK-ERS OF AMERICA, ET AL.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until April 27, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–7578.  IN RE CLARKE.  Petition for writ of habeas corpus denied.

No. 91–1135.  NEWARK MORNING LEDGER CO., AS SUCCESSOR TO THE HERALD CO. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari granted.

No. 91–1326.  DISTRICT OF COLUMBIA ET AL. *v.* GREATER WASHINGTON BOARD OF TRADE.  C. A. D. C. Cir.  Motion of Connecticut Business & Industry Association for leave to file a brief as *amicus curiae* granted.  Certiorari granted.

No. 91–992.  NEWPORT LTD. *v.* BOARD OF COMMISSIONERS, ORLEANS LEVEE DISTRICT.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 91–1106.  TRANSAMERICA INSURANCE CO. ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–1140.  WAGNER SEED CO., INC. *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–1153.  SPIEGEL *v.* RYAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1162.  SID GOODMAN & CO., INC. *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.